## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 10-cv-00549-REB-MJW | FTR - Courtroom A-502 |
| Date: April 26, 2010 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| DORIANNA SHRADER, | Pro Se |
| Plaintiff(s), | |
| v. | |
| BAC HOME LOANS SERVICING, LP, | Lukasz Sosnicki |
| MORTGAGE ELECTRONIC REGISTRY SYSTEM, | - - - - - - |
| and | |
| CASTLE MEINHOLD & STAWIARSKI, LLC, | - - - - - - |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTIONS   HEARING
**Court in Session:**   2:10 p.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel for BAC Home Loans Servicing, LP.  No proof of service has been filed on the other two defendants.

The Court raises Plaintiff's Motion to Amend Complaint and Plaintiff's Motion for Emergency Temporary Restraining Order for argument.

It is noted Plaintiff did not file an Amended Complaint with the Motion to Amend Complaint. With no objection from defendant,

**It is ORDERED:**   Plaintiff's MOTION TO AMEND COMPLAINT [Docket No. **7,** Filed April 22, 2010] is **WITHDRAWN** without prejudice. Plaintiff is granted leave to file an appropriate Motion to Amend Complaint in compliance with all applicable D.C.COLO.LCivR   and Fed. R. Civ. P.

Plaintiff shall have to and including **MAY 11, 2010** within which to file any Motion to Amend Complaint and Amended Complaint. Defendant shall not be required to file any answer or response to the Complaint [Docket No. 1] at this time.

If Plaintiff does not file a Motion to Amend Complaint and an Amended Complaint, Defendant BAC Home Loans Servicing, LP shall then have to and including **MAY 21, 2010**   within which to file an Answer or to otherwise respond to the original Complaint [Docket No. 1].

**It is ORDERED:**  Plaintiff's MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER [Docket No. **8,** Filed April 22, 2010] is **DENIED** for reasons as set forth on the record.

**It is ORDERED:**  The STATUS CONFERENCE set **APRIL 29, 2010 at 9:30 a.m.** is VACATED.

**It is ORDERED:**  A SCHEDULING/PLANNING CONFERENCE pursuant to Fed.R.Civ.P.16(b) is set **MAY 25, 2010 at 1:30 p.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**On or before MAY 21, 2010,** counsel for the defendant shall file the joint proposed Scheduling Order in compliance with the ECF Filing Procedures.

**On or before MAY 21, 2010,** Confidential Settlement Statements are due to Magistrate Judge Watanabe via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov **OR** by U.S. Mail if a party does not have CM/ECF privileges**.**
*In the subject line* of the e-mail, counsel shall list the case number, short caption, date of the conference, and "confidential settlement statement." U. S. Mail should be addressed to Magistrate Judge Watanabe, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294.

Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in denial of entry to the courthouse.

HEARING CONCLUDES.

**Court in recess**: 2:48 p.m.
Total In-Court Time: 00:38

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
 (303) 825-6119   Toll Free 1-800-962-3345.   FAX (303) 893-8305   www.AveryWoods.net