IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00549-REB-MJW

DORIANNA SHRADER,

Plaintiff(s),

v.

BAC HOME LOANS SERVICING, LP, et al.,

Defendant(s).

---

## RECOMMENDATION ON
## PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER
## (Docket No. 8)

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This case was referred to the undersigned pursuant to an Order of

Reference to United States Magistrate Judge issued on March 10, 2010, by District

Judge Robert E. Blackburn.  (Docket No. 2).

Before the court for a report and recommendation is the plaintiff's Motion for

Emergency Temporary Restraining Order (Docket No. 8) in which the pro se

plaintiff seeks an "emergency temporary restraining order to suspend Defendants'

demand for possession" of property she owned but which has been sold in

foreclosure.  Defendant BAC Home Loans Servicing, LP, filed opposition to the

motion.  (Docket No. 12).  This court heard oral argument on the motion from

plaintiff and defense counsel on April 26, 2010.  (See Docket Nos. 13 and 14,

Courtroom Minutes).  During that motion hearing, this court made findings on the

motion and concluded that the plaintiff's motion should be denied. The transcript of those findings and recommendation (Docket No. 16, pages 5-9) is incorporated herein. After the hearing, the plaintiff filed a reply in support of her motion. (Docket No. 15). The court has considered the plaintiff's arguments in the reply but finds no basis for changing its recommendation on the motion.

**WHEREFORE,** for the reasons stated in the hearing transcript (Docket No. 16, pages 5-9), it is hereby

**RECOMMENDED** that the plaintiff's Motion for Emergency Temporary Restraining Order **(Docket No. 8)** be **denied**.

**NOTICE: Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b)(2), the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections to the above recommendation with the District Judge assigned to the case. A party may respond to another party's objections within fourteen (14) days after being served with a copy. The District Judge need not consider frivolous, conclusive, or general objections. A party's failure to file and serve such written, specific objections waives _de novo_ review of the recommendation by the District Judge, <u>Thomas v. Arn</u>, 474 U.S. 140, 148-53 (1985), and also waives appellate review of both factual and legal questions. <u>Makin v. Colorado Dep't of Corrections</u>, 183 F.3d 1205, 1210 (10th Cir. 1999); <u>Talley v. Hesse</u>, 91 F.3d 1411, 1412-13 (10th Cir. 1996).**

Date:      April 30, 2010                      s/ Michael J. Watanabe
              Denver, Colorado               United States Magistrate Judge