IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00549-REB-MJW

DORIANNA SHRADER,

Plaintiff(s),

v.

BAC HOME LOANS SERVICING, LP, et al,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Stay, DN 22, filed by the plaintiffs on May 24, 2010, at 9:59 a.m., is DENIED. The parties shall appear for the hearing as scheduled on May 25, 2010, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Date: May 24, 2010 (12:07 p.m.)