**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00549-REB–MJW

DORIANNA SHRADER,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, LP,
MORTGAGE ELECTRONIC REGISTRY SYSTEM, and
CASTLE MEINHOLD & STAWIARSKI, LLC,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the magistrate judge's **Recommendation on Plaintiff's Motion for Emergency Temporary Restraining Order (Docket No. 8)** [#17], filed April 30, 2010. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Plaintiff's Motion for**

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

**Emergency Temporary Restraining Order (Docket No. 8)** [#17], filed April 30, 2010, is **APPROVED AND ADOPTED** as an order of this court; and

    2. That plaintiffs' **Motion for Emergency Temporary Restraining** Order [#8], filed April 22, 2010, is **DENIED**.

    Dated May 28, 2010, at Denver, Colorado.

                                                       **BY THE COURT:**

                                                       */s/ Robert E. Blackburn*
                                                       Robert E. Blackburn
                                                       United States District Judge