IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00549-REB–MJW

DORIANNA SHRADER, and
CHARLES SHRADER,

    Plaintiffs,

v.

R.K. ARNOLD, individually and in his official capacity as President/CEO of Mortgage Electronic Registration Systems, Inc., an ens legis being used to conceal fraud,
DON CHILDEARS, individually and his official capacity as President/CEO of Colorado Bankers Association, en ens legis being used to conceal fraud,
BRIAN T. MOYNIHAN, individually and in his official capacity as President/CEO of BAC Home Loans Servicing, LP, an ens legis being used to conceal fraud,
BILL RITTER, individually and in his official capacity as Governor of/for State of Colorado,
HONORABLE CHARLES M. PRATT, in his official capacity as 18th Judicial District Judge,
LAWRENCE E. CASTLE, jointly in their partnership capacity acting as debt collector for Castle, Meinhold & Stawiarski, LLC,
DON H. MEINHOLD, jointly in their partnership capacity acting as debt collector for Castle, Meinhold & Stawiarski, LLC, and
LEO C. STAWIARSKI, jointly in their partnership capacity acting as debt collector for Castle, Meinhold & Stawiarski, LLC,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is plaintiffs' **Motion To Dismiss Complaint** [#35] filed July 6, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Motion To Dismiss Complaint** [#35] filed July 6, 2010, is **GRANTED**;

2. That the Trial Preparation Conference set for March 25, 2011, is **VACATED**;

3. That the trial to the court set to commence March 28, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 6, 2010, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge